F. J. DAHILL COMPANY, INC. *v.*
RICHARD M. SULLIVAN
(13818)

Dupont, C. J., and O'Connell and Spear, Js.

Submitted on briefs September 8—decision released October 10, 1995

*Milton A. Bernblum* and *Nancy J. Vavra* filed a brief for the appellant (defendant).

*Robert T. Harrington* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.